1  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
   TERESA RENAKER  Bar No. 187800
2  CASSIE SPRINGER-SULLIVAN  Bar No. 221506
   1330 Broadway, Suite 1800
3  Oakland, California 94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839

5  Attorneys for Plaintiff
   LORI DIXON

6

7  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
8  DENNIS G. ROLSTAD  Bar No. 150006
   MICHELLE Y. McISAAC  Bar No. 215294
9  One Embarcadero Center, 16th Floor
   San Francisco, California 94111-3628
10 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635

11

12 Attorneys for Defendant
   SOVEREIGN SPECIALTY CHEMICALS, INC.
   WELFARE PLAN

13

14              UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 LORI DIXON,                              CASE NO. C05-01212 CRB (ADR)

18       Plaintiff,                         **STIPULATION AND [PROPOSED]
                                            ORDER TO EXTEND LAST DATE FOR
19    v.                                    PARTIES TO ENGAGE IN MEDIATION,
                                            SETTING BRIEFING SCHEDULE ON
20 SOVEREIGN SPECIALTY                      CROSS-MOTIONS RE SUMMARY
   CHEMICALS, INC. WELFARE PLAN,           JUDGMENT, AND CONTINUING
21                                          HEARING ON MOTION AND FURTHER
       Defendant.                           CASE MANAGEMENT CONFERENCE**

22

23

24       PLAINTIFF LORI DIXON AND DEFENDANT SOVEREIGN SPECIALTY

25 CHEMICALS, INC. WELFARE PLAN, BY AND THROUGH THEIR ATTORNEYS OF

26 RECORD, AGREE AND STIPULATE:

27       The parties have scheduled mediation before R. Elaine Leitner, Esq., the assigned

28 mediator for this action, to occur on October 5, 2005, and therefore stipulate to continue the last

1    date for the parties to engage in mediation to October 12, 2005.  Mediator Elaine Leitner has

2    affirmed that she agrees with this stipulation.  Good cause exists for the continued mediation date

3    so that all parties may attend the mediation in person.

4           The parties therefore FURTHER STIPULATE AND AGREE, AND THEREFORE

5    RESPECTFULLY REQUEST, that the hearing date and briefing schedule for the parties' cross-

6    motions for summary judgment, as set forth in the Court's June 24, 2005 minute order, be

7    continued as follows:

8           Plaintiff's opening brief to be filed and served on or before September 23, 2005;

9           Defendant's opening brief and opposition brief to be filed and served on or before

10    October 14, 2005;

11           Plaintiff's opposition and reply brief to be filed and served on or before October 28,

12    2005; and

13           Defendant's reply brief to be filed and served on or before November 4, 2005.

14    The parties therefore respectfully request that the hearing on the cross-motions for summary

15    judgment, and the associated follow-up case management conference, be continued to November

16    18, 2005 at 10:00 a.m.  Good cause exists for the continued briefing schedule and hearing date so

17    that Defendant need not prepare its motion and opposition prior to the mediation, therefore

18    enhancing the prospects for resolution of this action; so that the briefing is limited to four briefs,

19    thus reducing the amount of paper for the Court's convenience; and so that Plaintiff my file its

20    opening brief in accordance with the time schedule set forth in the Court's June 24, 2005 minute

21    order and in accordance with Plaintiff's preference.

22           SO AGREED AND STIPULATED, AND RESPECTFULLY SUBMITTED FOR THE

23    COURT'S CONSIDERATION:

24    DATED:  August 17, 2005        LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

25

                                      By:s/Cassie Springer-Sullivan

26                                 CASSIE SPRINGER-SULLIVAN
                                 TERESA RENAKER

27                                 Attorneys for Plaintiff
                                 LORI DIXON

28

1   DATED:  August 17, 2005             SEDGWICK, DETERT, MORAN & ARNOLD LLP

2
                                        By:s/Dennis G. Rolstad
3                                          DENNIS G. ROLSTAD
                                           MICHELLE Y. McISAAC
4                                          Attorneys for Defendant
                                           SOVEREIGN SPECIALTY CHEMICALS, INC.
5                                          WELFARE PLAN

6

7                                       ORDER

8        For good cause shown, it is hereby ORDERED that the parties may engage in mediation

9   of the above-entitled action on or before October 12, 2005, and the briefing schedule and hearing

10  date are continued as set forth in this stipulation:

11       Plaintiff's opening brief to be filed and served on or before September 23, 2005;

12       Defendant's opening brief and opposition brief to be filed and served on or before

13  October 14, 2005;

14       Plaintiff's opposition and reply brief to be filed and served on or before October 28,

15  2005; and

16       Defendant's reply brief to be filed and served on or before November 4, 2005.

17       Hearing on the cross-motions for summary judgment, and the associated follow-up case

18  management conference, is continued to November 18, 2005 at 10:00 a.m.

19

20  DATED: August 19, 2005

21       HONORABLE CHARLES R. BREYER
         UNITED STATES DISTRICT

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST DATE FOR PARTIES TO ENGAGE IN
MEDIATION AND SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS RE SUMMARY JUDGMENT