1  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
   TERESA RENAKER  Bar No. 187800
2  CASSIE SPRINGER-SULLIVAN  Bar No. 221506
   1330 Broadway, Suite 1800
3  Oakland, California 94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839

5  Attorneys for Plaintiff
   LORI DIXON
6

7  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
8  DENNIS G. ROLSTAD  Bar No. 150006
   MICHELLE Y. McISAAC  Bar No. 215294
9  One Embarcadero Center, 16th Floor
   San Francisco, California 94111-3628
10 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
11
   Attorneys for Defendant
12 SOVEREIGN SPECIALTY CHEMICALS, INC.
   WELFARE PLAN
13

14                UNITED STATES DISTRICT COURT

15        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 LORI DIXON,                          CASE NO. C05-01212 CRB (ADR)

18        Plaintiff,                    **STIPULATION AND [PROPOSED]
                                        ORDER TO CONTINUE HEARING AND
19    v.                                BRIEFING FOR SUMMARY JUDGMENT
                                        BY 60 DAYS PURSUANT TO
20 SOVEREIGN SPECIALTY                  SETTLEMENT OF CASE**
   CHEMICALS, INC. WELFARE PLAN,
21
        Defendant.
22

23

24     PLAINTIFF LORI DIXON AND DEFENDANT SOVEREIGN SPECIALTY

25 CHEMICALS, INC. WELFARE PLAN, BY AND THROUGH THEIR ATTORNEYS OF

26 RECORD, AGREE AND STIPULATE:

27     The parties participated in mediation on October 5, 2005 before R. Elaine Leitner, Esq.,

28 the assigned mediator for this action.  The parties have reached a settlement, and are in the

1 process of preparing a written settlement agreement agreeable to all parties.

2      Pursuant to the Court's scheduling order, the parties' cross-motions for summary
3 judgment is set for hearing on November 18, 2005.  Plaintiff filed her opening brief on
4 September 23, 2005.  Defendant's opening brief and opposition brief is to be filed and served on
5 or before October 14, 2005; Plaintiff's opposition and reply brief is to be filed and served on or
6 before October 28, 2005; and Defendant's reply brief to be filed and served on or before
7 November 4, 2005.

8      In light of the settlement reached, the parties respectfully request that the hearing on the
9 parties' cross-motions for summary judgment, and the associated briefing schedule, be continued
10 for 60 days in order for the parties to finalize the settlement agreement and thereafter file a
11 request for dismissal with the Court.  Good cause exists for the continued briefing schedule and
12 hearing date so that the parties need not expend unnecessary time and cost preparing further
13 briefing in this settled matter.

14      SO AGREED AND STIPULATED, AND RESPECTFULLY SUBMITTED FOR THE
15 COURT'S CONSIDERATION:

16 DATED:  October 7, 2005     LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

17

18

19      By:s/Cassie Springer-Sullivan
     CASSIE SPRINGER-SULLIVAN
     TERESA RENAKER
20      Attorneys for Plaintiff
     LORI DIXON

21

22 DATED:  October 11, 2005     SEDGWICK, DETERT, MORAN & ARNOLD LLP

23

24      By:s/Michelle Y. McIsaac
     DENNIS G. ROLSTAD
25      MICHELLE Y. McISAAC
     Attorneys for Defendant
26      SOVEREIGN SPECIALTY CHEMICALS, INC.
     WELFARE PLAN
27

28

<u>ORDER</u>

For good cause shown, it is hereby ORDERED that in light of the settlement reached between the parties, the summary judgment hearing scheduled for November 18, 2005, and accompanying briefing, is continued for 60 days for the parties to finalize their settlement agreement and file a request for dismissal with the Court.

DATED: October 12, 2005

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

APPROVED
Judge Charles R. Breyer