Teresa S. Renaker – CA State Bar No. 187800
Email: trenaker@lewisfeinberg.com
Cassie Springer-Sullivan – CA State Bar No. 221506
Email: cssullivan@lewisfeinberg.com
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI DIXON,<br><br>        Plaintiff,<br><br>vs.<br><br>SOVEREIGN SPECIALTY CHEMICALS, INC. WELFARE PLAN,<br><br>        Defendant. | Case No. 05-01212 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

//
//
//
//
//
//
//
//
//
//

1     Plaintiff LORI DIXON and Defendant SOVEREIGN SPECIALTY CHEMICALS, INC.
2 WELFARE PLAN, by and through their respective attorneys of record, hereby stipulate that this
3 matter be dismissed with prejudice, each party to bear its own costs of suit and attorneys' fees.

4
5 Dated: 11/11/05

    Respectfully submitted,

6     LEWIS, FEINBERG,
    RENAKER & JACKSON, P.C.

7 By: _____
    Cassie Springer-Sullivan
8     Attorneys for Plaintiff

9
10 Dated: Jan 18, 2006

    SEDGWICK, DETERT,
    MORAN & ARNOLD LLP

11 By: _____
    DENNIS G. ROLSTAD
12     MICHELLE Y. MCISAAC
    Attorneys for Defendant
13     SOVEREIGN SPECIALTY CHEMICALS, INC.
    WELFARE PLAN
14

15 IT IS SO ORDERED.
16 Dated: January 19, 2006

*IT IS SO ORDERED*
*Judge Charles R. Breyer*